```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00251
   RAY A COOPER
   BRIGETTE S COOPER                            CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5957     SSN XXX-XX-5666


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 01/07/2007 and was confirmed 05/16/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 12/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
ACC CONSUMER FINANCE     SECURED VEHIC   23718.78         2754.54         6648.61
NUVELL CREDIT CO LLC     SECURED VEHIC   23572.00         2734.80         6669.76
NUVELL CREDIT CO LLC     UNSECURED         980.11             .00             .00
ACTIVITY COLLECTION SVC  UNSECURED       NOT FILED            .00             .00
AMERICAS FINANCIAL CHOIC UNSECURED          126.10            .00             .00
AMERICAN GENERAL FINANCE UNSECURED       NOT FILED            .00             .00
AMERICASH LOANS          UNSECURED       NOT FILED            .00             .00
AMSHER COLLECTION SERVIC UNSECURED       NOT FILED            .00             .00
AR RESOURCES INC         UNSECURED       NOT FILED            .00             .00
ARONSON FURNITURE        UNSECURED       NOT FILED            .00             .00
ASSET ACCEPTANCE LLC     UNSECURED       NOT FILED            .00             .00
ASSOCIATES CITIBANK      UNSECURED       NOT FILED            .00             .00
BALLYS TOTAL FITNESS     UNSECURED       NOT FILED            .00             .00
BALLYS TOTAL FITNESS     UNSECURED       NOT FILED            .00             .00
CAVALRY PORTFOLIO SERVIC UNSECURED       NOT FILED            .00             .00
CAVALRY PORTFOLIO SERVIC UNSECURED       NOT FILED            .00             .00
CAPITAL ONE BANK         UNSECURED       NOT FILED            .00             .00
CALVARY PORTFOLIO SVCS   UNSECURED       NOT FILED            .00             .00
CALVARY PORTFOLIO SVCS   UNSECURED       NOT FILED            .00             .00
CALVARY PORTFOLIO SVCS   UNSECURED       NOT FILED            .00             .00
CALVARY PORTFOLIO SVCS   UNSECURED       NOT FILED            .00             .00
CALVARY PORTFOLIO SVCS   UNSECURED       NOT FILED            .00             .00
CBCS                     UNSECURED       NOT FILED            .00             .00
CITI BP OIL              UNSECURED       NOT FILED            .00             .00
BP CITI                  UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO PARKING  UNSECURED         4760.00            .00             .00
ROUNDUP FUNDING LLC      UNSECURED          974.46            .00             .00
RESURGENT CAPITAL SERVIC UNSECURED          109.62            .00             .00
CRED PROTECTION ASSOCIAT UNSECURED       NOT FILED            .00             .00
CRED PROTECTION ASSOCIAT UNSECURED       NOT FILED            .00             .00
FIRST NATIONAL CREDIT CA UNSECURED       NOT FILED            .00             .00
HARRIS                   UNSECURED       NOT FILED            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00251 RAY A COOPER & BRIGETTE S COOPER
```

```
HARVARD COLLECTION SERVI  UNSECURED      NOT FILED                .00              .00
HSBC NV                   UNSECURED      NOT FILED                .00              .00
HSBC BSTBY                UNSECURED      NOT FILED                .00              .00
IC SYSTEMS                UNSECURED      NOT FILED                .00              .00
IC SYSTEMS                UNSECURED      NOT FILED                .00              .00
LOU HARRIS                UNSECURED      NOT FILED                .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         109.62                .00              .00
MALCOLM S GERALD & ASSOC  UNSECURED      NOT FILED                .00              .00
MEDICAL COLLECTIONS SYS   UNSECURED      NOT FILED                .00              .00
MIDLAND CREDIT MANAGEMEN  UNSECURED      NOT FILED                .00              .00
MIDNIGHT VELVET           UNSECURED         451.35                .00              .00
NCO FINANCIAL SYSTEMS     UNSECURED      NOT FILED                .00              .00
NISSAN MOTOR ACCEPTANCE   UNSECURED       12473.39                .00              .00
OMNIUM WORLDWIDE          UNSECURED      NOT FILED                .00              .00
PARK DANSAN               UNSECURED      NOT FILED                .00              .00
PEOPLES GAS & LIGHT       UNSECURED      NOT FILED                .00              .00
PROVIDIAN FINANCIAL       UNSECURED      NOT FILED                .00              .00
PROVIDIAN FINANCIAL       UNSECURED      NOT FILED                .00              .00
RECEIVABLE PERFORMANCE    UNSECURED      NOT FILED                .00              .00
RISCUITY                  UNSECURED      NOT FILED                .00              .00
SAGE TELECOM INC          UNSECURED         135.16                .00              .00
SALLIE MAE SERVICING COR  UNSECURED        3471.12                .00              .00
SALLIE MAE LSCF           UNSECURED      NOT FILED                .00              .00
SHELL/CITI                UNSECURED      NOT FILED                .00              .00
SHERMAN ACQUISITION       UNSECURED      NOT FILED                .00              .00
SUPERIOR ASSET MANAGEMEN  UNSECURED      NOT FILED                .00              .00
TEX COLLECTION AGENCY     UNSECURED      NOT FILED                .00              .00
UNITED COMPUCRED          UNSECURED      NOT FILED                .00              .00
UNIVERSITY OF IL HOSPITA  UNSECURED      NOT FILED                .00              .00
UIC PHYSICIANS GROUP      UNSECURED      NOT FILED                .00              .00
US DEPT OF EDUCATION      UNSECURED      NOT FILED                .00              .00
AFNI/VERIZON WIRELESS     UNSECURED      NOT FILED                .00              .00
VERIZON WIRELESS          UNSECURED      NOT FILED                .00              .00
COMMONWEALTH EDISON       UNSECURED         710.19                .00              .00
ROUNDUP FUNDING LLC       UNSECURED         246.01                .00              .00
ROUNDUP FUNDING LLC       UNSECURED         200.00                .00              .00
ROUNDUP FUNDING LLC       UNSECURED         398.60                .00              .00
CITI BP OIL               UNSECURED      NOT FILED                .00              .00
AMERICAN GENERAL FINANCE  UNSECURED      NOT FILED                .00              .00
VERIZON WIRELESS          UNSECURED      NOT FILED                .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,733.00                           1,734.26
TOM VAUGHN                TRUSTEE                                             1,593.70
DEBTOR REFUND             REFUND                                                   .00

          Summary of Receipts and Disbursements:
         -----------------------------------------------------------------------
                             RECEIPTS            DISBURSEMENTS
         -----------------------------------------------------------------------
TRUSTEE                     22,135.67

                 PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00251 RAY A COOPER & BRIGETTE S COOPER
```

```
PRIORITY                                                              .00
SECURED                                                         13,318.37
    INTEREST                                                     5,489.34
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,734.26
TRUSTEE COMPENSATION                                             1,593.70
DEBTOR REFUND                                                         .00
                                      ----------------    ----------------
TOTALS                                       22,135.67           22,135.67
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                          /s/ Tom Vaughn
Dated: 03/05/09                           _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE
```